| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Conner, Christopher C. | 2. Court or Organization Middle District Pennsylvania | 3. Date of Report 12/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 **to** 12/31/2018 |
| 7. Chambers or Office Address P.O. Box 847 Harrisburg, PA 17108-0847 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plan #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 12/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pennsylvania State Employees Credit Union | Mortgage equity loan on Rental Property, Mechanicsburg, PA (Part VII. Line 5) | J |
| 2. | Riverview Bank | LOC secured by personal real estate, Harrisburg PA - Refinanced in 2018 | None |
| 3. | PenFed Credit Union (X) | Mortgage secured by personal real estate, Scranton, PA | K |
| 4. | PenFed Credit Union (X) | Mortgage secured by personal real estate, Scranton, PA -Sold July 2018 | None |
| 5. | PenFed Credit Union (X) | Line of credit secured by personal real estate, Scranton, PA - Sold July 2018 | None |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 12/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. First National Bank cash accounts (formerly referred to as FNB) | A | Interest | J | T | | | | | |
| 2. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 3. - DowDuPont Inc. common stock | A | Dividend | J | T | | | | | |
| 4. Charles Schwab Investment Portfolio #1(H) | | | | | | | | | |
| 5. - Schwab Value Advantage Money Fund | A | Dividend | J | T | Buy | 01/03/18 | M | | |
| 6. | | | | | Sold<br>(part) | 01/22/18 | K | | |
| 7. | | | | | Sold<br>(part) | 03/29/18 | K | | |
| 8. | | | | | Sold<br>(part) | 07/20/18 | L | | |
| 9. | | | | | Sold<br>(part) | 12/12/18 | J | | |
| 10. Charles Schwab Investment Portfolio #2(H) | | | | | | | | | |
| 11. - Schwab Value Advantage Money Fund | B | Dividend | M | T | Buy | 07/20/18 | M | | |
| 12. | | | | | | | | | |
| 13. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 14. - FA 529 Dividend Growth Portfolio Class A | A | Int./Div. | | | Distributed | 12/31/18 | J | A | |
| 15. - FA 529 Stock Selector Mid Cap Portfolio Class A | A | Int./Div. | | | Distributed<br>(part) | 11/08/18 | J | A | |
| 16. | | | | | Distributed | 12/31/18 | J | A | |
| 17. - FA 529 Limited Term Bond Portfolio Cl A (formerly Intermediate Bond) | C | Int./Div. | | | Distributed<br>(part) | 11/16/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 12/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Distributed | 12/31/18 | J | A | |
| 19.    TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |
| 20.    - Schwab One money market account | A | Interest | K | T | | | | | |
| 21.    - US Treasury Bill | | None | L | T | Buy | 10/10/18 | L | | |
| 22.    - Berkshire Hathaway Class B common stock | | None | K | T | Sold (part) | 01/11/18 | J | C | |
| 23.    - Pimco Income Fund Class A&D | B | Dividend | J | T | Sold (part) | 05/21/18 | J | B | |
| 24. | | | | | Sold (part) | 06/11/18 | K | | |
| 25.    - Schwab Fundamental International Large Company Index Fund | A | Dividend | J | T | Sold (part) | 06/28/18 | J | B | |
| 26.    - Vanguard Dividend Growth Fund Investor shares | A | Dividend | J | T | Sold (part) | 03/09/18 | J | B | |
| 27.    - Vanguard Selected Value Fund | A | Dividend | J | T | Sold (part) | 01/18/18 | J | B | |
| 28.    - T Rowe Price Blue Chip Growth Fund | | None | | | Sold | 01/18/18 | J | C | |
| 29.    - BBH Core Select Fund Class N | | None | | | Sold | 05/29/18 | K | | |
| 30.    - Glenmede Large Cap Growth Fund | A | Dividend | | | Sold | 01/18/18 | J | C | |
| 31.    - Select STR Financial Select SPDR ETF | A | Dividend | K | T | Buy (add'l) | 09/28/18 | J | | |
| 32.    - Powershares QQQ Trust 1 ETF IV | A | Dividend | | | Sold | 01/18/18 | J | B | |
| 33.    - Invesco QQQ Trust | A | Dividend | J | T | Spinoff (from line 32) | 06/04/18 | J | | |
| 34. | | | | | Sold (part) | 07/31/18 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 12/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Invesco Senior Loan ETF | B | Dividend | K | T | Buy | 01/26/18 | K | | |
| 36. - IShares US Healthcare ETF | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 37. - IShares US Medical Devices ETF | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 38. - Xtrackers MSCI All World Ex US Hedged Equity ETF | A | Dividend | | | Sold | 05/29/18 | J | A | |
| 39. - iShares MSCI Eurozone ETF | | None | | | Sold | 05/29/18 | J | A | |
| 40. - SPDR Gold Shares | | None | J | T | Sold (part) | 01/29/18 | J | A | |
| 41. - iShares China Large Cap ETF | A | Dividend | | | Sold | 06/28/18 | J | | |
| 42. - iShares TIPS Bond ETF | A | Dividend | | | Sold | 10/03/18 | J | | |
| 43. - Vanguard Value ETF | A | Dividend | J | T | Buy | 10/03/18 | K | | |
| 44. CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 45. - Charles Schwab Bank Sweep insured deposit account | A | Interest | J | T | | | | | |
| 46. - Schwab Value Advantage Money Fund | C | Dividend | L | T | Redeemed (part) | 07/20/18 | N | | |
| 47. | | | | | Redeemed (part) | 12/11/18 | J | | |
| 48. CHARLES SCHWAB IRA #2 (H) | | | | | | | | | |
| 49. - Schwab Value Advantage Money Fund | C | Dividend | N | T | Open | 07/20/18 | N | | |
| 50. | | | | | | | | | |
| 51. FIDELITY IRA ACCOUNT #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 12/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Fidelity Extended Market Index Investor Fund (X) | A | Dividend | J | T | | | | | |
| 53.   - Fidelity Select Biotechnology Fund (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 12/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 12/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544